FILED

2020 Jul-31  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

ROBERT EARL RAIFORD,                    :
                                        :
            PLAINTIFF,                   :
                                        :         CIVIL NO.
v.                                      :
                                        :         1:20-CV-1089-RDP-JHE
UNITED STATES OF AMERICA,                :
                                        :
            RESPONDENT.                  :
                                        :
_____:

CIVIL COMPLAINT

I. JURISDICTION:

Jurisdiction of this Court is invoked under the Federal Tort Claims Act, 28 U.S.C. §§ 1364(b) & 2671-80 ("FTCA").

II. PLAINTIFF:

The Plaintiff, Robert Earl Raiford, pro se, is a citizen of the United States although the Plaintiff is currently a prisoner of the United States confined at the Federal Correctional Institution at Talladega, Alabama.

III. DEFENDANT:

The Defendant is the United States of America. See 28 U.S.C. § 2679(b)(1)(stating that the FTCA remedy against the United States "is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the action").

IV. FACTS:

1. On or about February of 2019, Robert Earl Raiford, (hereinafter "Plaintiff"), went to sick-call at FCI Talladega regarding chest pain, shortness of braeth, and stomach ache. Thereafter, Plaintiff was given an exam including x-ray by Mounir Mourtada, MLP.

2. Plaintiff's pain continued and he was seen by nurse Holsey (Phonetic) and given medication causing him to use the bathroom profusely.

3. On May 23, 2019, Plaintiff was taken to Sylacauga Medical Center for an ultra sound of the stomach region. See Exhibit A.

4. The ultra sound was conducted by Dr. Gerald Karcher, M.D. Once testing was completed Dr. Karcher informed Correctional Officer's Ramsey, and Brober as wee as Plaintiff that the ultra sound showed something in the lungs.

5. In June of 2019, Plaintiff spoke with Mounir Mourtada, MLP, regarding the test results. Plaintiff was suffering from the debilatating effects of shortness of breath, chest pains, and stomach ache throughout this time period. Mr. Mourtada informed Plaintiff that he had reviewed the results and he was diagnosed with a damaged liver.

6. Plaintiff requested a copy of the results. See Exhibit A attached.

7. Upon reviewing the test results Plaintiff discovered that he had a 9mm cyst on his right kidney.

8. Plaintiff, on July 6, 2019, sent by certified mail a Administrative Tort Claim to the Southeast Regional Office regarding

the failure of medical staff to treat his continuing ailments. See Exhibit B attached.

9. The United States Postal Service delivered the Administrative Tort Claim. See Exhibit C attached.

10. Plaintiff has not recieved any response from the Southeast Regional Office in the corresponding 11 months.

11. Plaintiff has continued to seek medical care from staff at FCI Talladega. On February 16, 2020, Plaintiff contacted Health Services by Electronic Inmate Request regarding lack of treatment and continuing pain and suffering. On February 18, 2020, W. Mark Holbrook, M.D., FCI-Talladega's Clinical Director, responded that he reviewed the ultra sound and it revealed a fatty liver, but the matter could be discussed in 2 months. In the interim the Plaintiff was advised to return to sick-call if his condition worsend. See Exhibit D attached.

12. On February 19, 2020, Plaintiff contacted Health Services via Electronic Inmate Request in an attempt to explain that treatment had not been given and he was still suffering. On February 20, 2020, W. Mark Holbrook, responded giving medical advice that the report from May 23, 2019 was not serious in nature, however, he did not address the continuing illness. See Exhibit E attached.

13. On February 20, 2020, Plaintiff requested to be seen by medical staff to ascertain the extent of physical ailments that were causing his chest pains, stomach ache, and shortness of breath and was informed on February 21, 2020 by Dr. Holbrook to wait until the annual CCC visit conducted in 2 months. See Exhibit F attached.

## V. CAUSE OF ACTION:

Plaintiff, Robert Earl Raiford, maintains that medical staff at Federal Correctional Institution Talladega have comitted negligent or wrongful acts or ommissions as employees of the Government while acting within the scope of his/her office or employment.

## VI. LEGAL CLAIM:

Plaintiff brings this action arising from the defendant negligently failing to provide care. "[T]he extent of the United States liability under the FTCA is generally determined by reference to state law". Molzof v. United States, 502 U.S. 301, 305 (1992). In this case the Alabama Medical Liability Act ("AMLA" or "the Act") provides the substantive state law pertinent to the plaintiff's malpractice claim. See ALA. CODE § 6-5-540, et. seq. (1975); McDowell v. Brown, 392 F.3d 1283, 1295 (11th Cir. 2004).

## VII. RELIEF:

The Plaintiff seeks the following relief:

(A) A Court's Order directing the Defendant to pay the Plaintiff Five hundred thousand dollars ($500,000).

(B) Such other and further relief the Court deems just and proper.

Pursuant to 28 U.S.C. § 1746, I, Robert Earl Raiford, under the penalty of perjury, hereby declare that the above statements are true and correct to the best of my knowledge and belief.

Dated: 7-27-20

Respectfully submitted,

Robert Earl Raiford
Robert Earl Raiford
#07425-043
FCI Talladega
PMB 1000
Talladega, Alabama 35160

EXHIBIT A

05/23/2019   11:27                                    (FAX)           P.003/003

COOSA VALLEY MEDICAL CENTER
315 W. HICKORY STREET                67425-043
SYLACAUGA, AL   35150


NAME: RAIFORD, ROBERT E    SEX: M    AGE: 57    DOB: 2/12/1962
MRN#: 241293    ACCT#: 985390    ADMIT: 5/23/2019    DISC: 5/23/2019    F/C: FB4
PT TYPE: O/P    LOCATION:    ROOM: -

==========================================================================

EXAM DESCRIPTION:                              Exhibit-L.
US ABDOMEN COMPLETE  -    62089
5/23/19 10:57  -  CR
CPT CODE:  767006162089201905523
ORDERING PHYSICIAN:  WILLIAM HOLBROOK

CLINICAL INFORMATION:
GENERALIZED ABD PAIN

COMPARISON:
No relevant comparison study is seen.

TECHNIQUE:
Grayscale and limited color Doppler imaging of the abdominal organs was
performed.

FINDINGS:
There appears to be a tiny right pleural effusion. The liver is mildly
echogenic, suggesting steatosis. The visualized portions of the gallbladder,
pancreas, spleen, aorta and IVC are within normal limits. The common duct is
normal at 5.1 mm. The right kidney measures 11.6 cm in length, with a tiny 9 mm
cyst in the interpolar region but no other abnormality. The left kidney
measures 12.2 cm in length and appears within normal limits.

IMPRESSION:
Echogenic liver, most compatible with steatosis. Tiny right pleural effusion
suspected.


THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY SIGNED BY:
Gerald Karcher, M.D.
5/23/19   11:20

**EXHIBIT B**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 3-31-91 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Southeast Regional Office Building #2000 3900 Camp Creek PKWY SW Atlanta, GA 30331-3228 | Robert Raiford #07425-043 FCI Talladega / PMB 1000 Talladega, AL 35160 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 2/12/62 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 7/6/19 | 7. TIME (A.M. OR P.M.) 10:00am. |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurance and the cause thereof) (Use additional pages if necessary.)* On the date of May 23, 2019 I went on a medical trip to Sylacauga Medical Center for an ultra sound of my stomach and it revealed that there was a spot on the lungs and a tiny °mm cyst on the right kidney. Medical staff knew about the results of my ultrasound, because (C.O / Correctional officers) Ramsey and Brober were told by DR. Gerald Karcher(MD) that I had a spot on my lung which is ( SEE Attachment #9)

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. Due to medical malpractice and gross-negligence of the BOP medical staff I have been denied proper standard of medical treatment for the past 60 days with no releif in sight. Mournir Mourtada (MLP) said that theres nothing they can do.

**11. WITNESSES**

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| ( MLP ) Mourtada ( MD ) Holbrook ( CO ) Ramsey ( CO ) D. Curry | |

| 12. *(See instructions on reverse)* AMOUNT OF CLAIM *(in dollars)* | | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
| N/A | $ 500,000 | N/A | $ 500,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* Robert Raiford | 13b. Phone number of signatory N/A | 14. DATE OF CLAIM 7-23-19 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |
|---|---|

95-108
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

( Continuence From #9 Basis Of Claim )

Casuing me to be short vinded and that it needs to be immediately removed Thus a failure to provide simulary situated medical provider would have pro- vided. I'am still to this date ( July 25, 201º) suffering from being short vinded and still have a cyst on my right Kidney vhich has worsened, thus such mal-practice vas negligent, gross-negligence and provimate caysation.

The medical staff here at FCI Talladega are employees of the United States, vorking in furtherance of the United States objective of housing and providing proper standard of care , medical treatmanet to inmatesthat are committed to the coustody of the United States.

There the basis of this claim for vhich I file this Tort Claim is medical Mal- Practice, gross-negligence of employees of the United States vhich vas provimate causation of the pain, suffering ,nev groth and humilation that I originally complaining of until I get proper medical treatment that I am due.

Robert Raiford #07425-043

Robert Earl Raiford

**EXHIBIT C**

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com* .

# OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To
Southeast Regional Office/BLD 2000
Street and Apt. No., or PO Box No.
3900 Camp Creek PKWY SW
City, State, ZIP+4
Atlanta, GA 30331-9228

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions.

# USPS Tracking®

FAQs

## Track Another Package +

**Tracking Number:** 70170190000011144282                    Remove

Your item was delivered to an individual at the address at 1:44 pm on July 29, 2019 in
ATLANTA, GA 30331.

Feedback

## Delivered

July 29, 2019 at 1:44 pm
Delivered, Left with Individual
ATLANTA, GA 30331

---

**Tracking History**

---

**Product Information**

---

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 1:20-cv-01089-RDP-JHE   Document 1   Filed 07/31/20   Page 13 of 22

FAQs

Feedback

EXHIBIT D

## TRULINCS 07425043 - RAIFORD, ROBERT EARL - Unit: TDG-G-A

---------------------------------------------------------------------------------

FROM: Health Services
TO: 07425043
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/18/2020 04:57:02 PM

I reviewed your ultrasound and it showed a fatty liver. I don't see any mention of a mass. Please feel free to make sick call if your condition has worsened. Otherwise, we can discuss it at your CCC due in the next 2 months.
W. Mark Holbrook, MD

>>> ~^!"RAIFORD, ~^!ROBERT EARL" <07425043@inmatemessage.com> 2/16/2020 6:02 PM >>>
To: Health Service
Inmate Work Assignment: Unit ordily

I am emailing you about 9 months ago i went on a med trip to take a test and the results came back showing me that i had a damaged liver and  sis on my kidneys and yall haven't treated me for it yet. i have been waiting on yall to call me up there to tell me about whats going on with me because i am very conserern about my health. i have been short winded and some times have difficult timing breathing and and i  went into the ultrasound the man told me i had a mass in-between my lungs that needs to come out. when is yall going to send me back out for a follow up about that. i thank you very much to look into this matter and waiting to hear back from you

TRULINCS  07425043 - RAIFORD, ROBERT EARL - Unit: TDG-G-A

----------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07425043 RAIFORD, ROBERT EARL
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/18/2020 12:27 PM

You have pending labs that will help us address your kidneys. Your pulmonary status appeared to be stable. Please make sick call if you have other concerns that need to be addressed before your labs are repeated.
W. Mark Holbrook, MD

>>> ~^!"RAIFORD, ~^!ROBERT EARL" <07425043@inmatemessage.com> 5/18/2020 10:45 AM >>>
To: Holdbrooks
Inmate Work Assignment: ordely

Hello, how are you doing? i know that you have been a busy man through this covid-19 pandemic. I am emailing you about this kidney problem and liver problem also the stuff in my chest. I don't know what it is but its moving back and forth like a knot in my lungs or between my lungs. I went the chronic care and seen Dr. Lawrence and he didn't discuss anything with me during the vist that i had with him. DR. Holbrook's i would like to have an update on my condition we don't know which way these things are moving with my kidneys and the stuff in my chest and my stomach is starting to bother me can you please put me on the call out and thank you very much

EXHIBIT E

TRULINCS 07425043 - RAIFORD, ROBERT EARL - Unit: TDG-G-A

--------------------------------------------------------------------------------------------

FROM: 07425043 RAIFORD, ROBERT EARL
TO: Health Services
SUBJECT: ***Request to Staff*** RAIFORD, ROBERT, Reg# 07425043, TDG-G-A
DATE: 05/21/2020 02:42 PM

To: Holdbrooks
Inmate Work Assignment: ordely

How are you doing Dr. Holbrooks i know this is a crucial time to be bothering you but all at the same time i just need to know about these things that i am asking you about. now i that you told me you have some one to help you determent my digignoes on my kidneys but remember i haven't been seen since i have taken my ultrasound test for my liver and kidneys. Plus i haven't had any blood work drawn. being i am concern about you telling me you are valuating about my kidney test and we do not know where i am at today because i haven't been seen since. will you look into this matter and email me back one more time i thank you very much.
-----Health Services on 5/18/2020 12:27 PM wrote:

>
You have pending labs that will help us address your kidneys. Your pulmonary status appeared to be stable. Please make sick call if you have other concerns that need to be addressed before your labs are repeated.
W. Mark Holbrook, MD

>>> ~^!"RAIFORD, ~^!ROBERT EARL" <07425043@inmatemessage.com> 5/18/2020 10:45 AM >>>
To: Holdbrooks
Inmate Work Assignment: ordely

Hello, how are you doing? i know that you have been a busy man through this covid-19 pandemic. I am emailing you about this kidney problem and liver problem also the stuff in my chest. I don't know what it is but its moving back and forth like a knot in my lungs or between my lungs. I went the chronic care and seen Dr. Lawrence and he didn't discuss anything with me during the vist that i had with him. DR. Holbrook's i would like to have an update on my condition we don't know which way these things are moving with my kidneys and the stuff in my chest and my stomach is starting to bother me can you please put me on the call out and thank you very much

TRULINCS  07425043 - RAIFORD, ROBERT EARL - Unit: TDG-G-A

-----------------------------------------------------------------------------------------

FROM: Health Services
TO: 07425043
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/20/2020 03:57:02 PM

Once again, I don't see a mass noted on the report from 5/23/2019. You had steatatosis noted in the liver which is a fancy word for fatty liver. You have a 9 mm cyst in the right kidney, but that is not unusual and nothing to worry about. The only thing with the lungs was a tiny pleural effusion, which is just a small amount of fluid, not a mass. If you have further questions, please come to sick call to discuss the report fully with a provider.
W. Mark Holbrook, MD

>>> ~^!"RAIFORD, ~^!ROBERT EARL" <07425043@inmatemessage.com> 2/19/2020 3:01 PM >>>
To: Health Services
Inmate Work Assignment: Ordiley

hello, who ever it concerns I'm responding back to you about the ultrasound test. Apparently you didn't see that the test results of the ultrasound said that i have a 9mm sices on my right side of my liver and me and Ms. Hansen also the Warden have discussed once before. I never herd anymore about ultrasound test about the scies on my kidneys and will you please go back and look on the ultra sound test to check for a scies on my liver and i don't know why that yall wouldn't respond to the mass between my lungs all I'm trying to do make sure i get treated and tell me something about this kidneys, liver, and lung problem.

EXHIBIT F

TRULINCS  07425043 - RAIFORD, ROBERT EARL - Unit: TDG-G-A

----------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07425043
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/21/2020 11:02:02 AM

If you still have questions, they can be addressed at your CCC visit, or you may make sick call.
W. Mark Holbrook, MD

>>> ~^!"RAIFORD, ~^!ROBERT EARL" <07425043@inmatemessage.com> 2/20/2020 8:43 PM >>>
To: Health Services
Inmate Work Assignment: Ordiley

Ok Mr. Holbrook i am responding back to you about theses ultrasound results. You are telling me that's its normal to have syct on my kidneys and its nothing to worry about? Come on  Mr. Holbrook we don't know what the size these scies has grown to and even if it hasn't turn into cancer. we don't know because i haven't been seen since i have gotten the test results. Now all I'm asking for you to do is please send me back out so we will know for sure what's going on. About you said there was no fluid in my lungs the guy who took my ultrasound test told the two officers that were with me about the mass between my lungs and that's the reason I'm having a hard time breathing. all I'm asking you to take care of me until i get out this is my life. Thank you very much

TRULINCS  07425043 - RAIFORD, ROBERT EARL - Unit: TDG-G-A

---------------------------------------------------------------------------------------

FROM: 07425043
TO: Health Services
SUBJECT: ***Request to Staff*** RAIFORD, ROBERT, Reg# 07425043, TDG-G-A
DATE: 03/12/2020 03:27:37 PM

To: Dr. Holdbroks
Inmate Work Assignment: Ordliey

Hello how are you doing Dr. Holbrook's this is Mr. Raiford getting back at you again about ultrasound  test I thought you told me that you will put me on a call out to tell me what was the status of my liver and scyts on my kidneys. Dr. Holbrook I'm very concern about my health. I am asking you to put me on call out when you can give me an understanding about this situation. It is on record that i put in sick call and talked to Nurse  Shafer. i couldn't get any sense of what he was talking about and he was trying to tell me something different that man told us about the ultrasound test. Now you said that the last time we talked that we were going to be going over it at my cc. its been such a long time since i have had blood work or anything, anything could have gotten worse. I'm asking you to take care more get dr. learns back on my charts. have a good day